```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 35365
   DOROTHY M MITCHELL
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-7237

----------------------------------------------------------------------
           TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    The case was filed on 09/02/2005 and was confirmed 11/07/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 12/30/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------
CREDIT UNION 1             SECURED              .00           .00            .00
CREDIT UNION 1             UNSECURED      NOT FILED           .00            .00
BANK OF AMERICA NA         UNSECURED      NOT FILED           .00            .00
SMC % CARSON PIRIE SCOTT   UNSECURED         970.57           .00         970.57
RESURGENT CAPITAL SERVIC   UNSECURED        3308.48           .00        3308.48
AT & T WIRELESS            UNSECURED      NOT FILED           .00            .00
CITIBANK                   UNSECURED      NOT FILED           .00            .00
COMED                      UNSECURED      NOT FILED           .00            .00
CREDIT UNION 1             UNSECURED        6255.37           .00        6255.37
NATIONWIDE  MUTUAL INSUR   UNSECURED      NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED        1092.55           .00        1092.55
AT & T BANKRUPCTY          UNSECURED      NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED        7216.03           .00        7216.03
DISCOVER FINANCIAL SERVI   UNSECURED        9650.43           .00        9650.43
LORRAINE GREENBERG & ASS   DEBTOR ATTY     2,200.00                      2,200.00
TOM VAUGHN                 TRUSTEE                                       2,044.69
DEBTOR REFUND              REFUND                                          836.88

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE            33,575.00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                28,493.43
ADMINISTRATIVE                            2,200.00
TRUSTEE COMPENSATION                      2,044.69
DEBTOR REFUND                               836.88
                  ---------------        ---------------
TOTALS             33,575.00             33,575.00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 35365 DOROTHY M MITCHELL
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 35365 DOROTHY M MITCHELL